UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHELLE PUTERIO, on behalf of herself
and all other persons similarly situated,

                Plaintiffs,

  -against-

S&F ENTERPRISES, INC. and
THOMAS FALLICA

                Defendants.
----------------------------------------------------------------X

**MEMORANDUM AND ORDER**

20-CV-5091 (SIL)

**STEVEN I. LOCKE, United States Magistrate Judge:**

On February 3, 2022, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.* and § 650 *et seq.*, Plaintiff Michelle Puterio and Defendants S&F Enterprises, Inc. and Thomas Fallica submitted a motion seeking approval of a Settlement Agreement and Release (the "Settlement Agreement").[1] *See* Docket Entry ("DE") [23]. On March 17, 2022, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). *See* DE [24].

Having reviewed the parties' joint submissions in support of their application, the Court finds that the Settlement Agreement's terms are fair and reasonable. *See Cheeks*, 796 F.3d at 206; *see also Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c). *See* DE [26]; Electronic Order dated March 18, 2022.

1

agreement to determine that it is fair and reasonable).  Accordingly, the Settlement Agreement is approved, and the Clerk of the Court is directed to close this case.

Dated:   Central Islip, New York     **SO ORDERED.**
         March 21, 2022

                                     /s/ Steven I. Locke
                                     STEVEN I. LOCKE
                                     United States Magistrate Judge